IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

GREGORY J. COCO,

Defendant.

25-CR-6081

**INFORMATION**
(Felony)

**Violation:**
26 U.S.C. § 7206(1)

## COUNT 1

**The United States Attorney Charges That:**

On or about April 15, 2023, in the Western District of New York, the defendant, GREGORY J. COCO, a resident of the Western District of New York, did willfully make and subscribe a U.S. Individual Income Tax Return, Form 1040, for the calendar year 2022, which return was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, and which return the defendant did not believe to be true and correct as to every material matter, in that the said return reported total income of $210,383.00, whereas, as the defendant then and there well knew and believed, he received total income during the specified calendar year in the approximate amount of $710,057.06, which amount was substantially greater than the total income he reported on his tax return.

**All in violation of Title 26, United States Code, Section 7206(1).**

DATED:   Rochester, New York, June 11, 2025

MICHAEL DIGIACOMO
United States Attorney

BY:

NICHOLAS M. TESTANI
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, New York 14614